UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BERT DAMIAN LEWIS,

    Plaintiff,

  v.

CLERMONT COUNTY, OHIO, et al.,

    Defendants.

Case No. 1:25-cv-481

JUDGE DOUGLAS R. COLE
Magistrate Judge Litkovitz

## OPINION AND ORDER

Plaintiff Bert Damian Lewis, proceeding pro se and in forma pauperis, filed a Temporary Restraining Order and Preliminary Injunction (Doc. 4). The Magistrate Judge assigned to this matter recommended that the Court deny Plaintiff's Motion. (R&R, Doc. 7). A week after the Magistrate Judge issued her R&R, Plaintiff filed a Notice of Withdrawal of Motion for TRO and Preliminary Injunction (Doc. 9). There, Lewis declared he was withdrawing his Motion "without prejudice and will not pursue injunctive relief at this time." (*Id.*). A week after that, despite the Notice of Withdrawal, Plaintiff filed objections to the Magistrate Judge's R&R. (Doc. 11). But even though Lewis titled the document as an objection, he also stated, "he does not wish to re-litigate the TRO and does not wish to infer taking issue with the Honorable Magistrate's Report and Recommendation." (*Id.* at #810). Rather, he said he was merely "respectfully submit[ting] these limited objections to clarify the record with the benefit of newly uncovered evidence." (*Id.*). And he mainly took issue with various factual findings that the Magistrate Judge had made in connection with reaching her

recommendation to deny Lewis's request for preliminary injunctive relief. (*Id.* at #811–20).

Because Lewis filed a Notice of Withdrawal (Doc. 9), the Court **DENIES AS MOOT** his Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 4). Therefore, the Court also **VACATES AS MOOT** the R&R, (Doc. 7), and **DENIES AS MOOT** Plaintiff's Objections (Doc. 11) to that now-vacated R&R.

Plaintiff has also filed a Motion to Clarify and Correct the Record (Doc. 8) and an Amended Complaint (Doc. 12). As to the latter, because Defendants have not yet answered, Plaintiff can amend his Complaint as a matter of course. Fed. R. Civ. P. 15(a). So the Court deems the Amended Complaint (Doc. 12) to be the operative complaint. With that, the Court instructs the Magistrate Judge to proceed to the next step in this case and conduct an initial screen of the Amended Complaint. As part of that screening, the Magistrate Judge can consider the materials included in the Motion to Clarify and Correct the Record (Doc. 8) to the extent it is appropriate to do so. If and to the extent that the Motion seeks relief beyond that, the Court **DENIES** that Motion. (Doc. 8).

## CONCLUSION

For the reasons discussed above, the Court **DENIES AS MOOT** Plaintiff's Motion for a Temporary Restraining Order and Preliminary Injunction (Doc. 4), **VACATES** the related R&R (Doc. 7), and **DENIES AS MOOT** Plaintiff's Objections to that R&R (Doc. 11). The Court further **DENIES** the Motion to Clarify and Correct the Record (Doc. 8), but instructs the Magistrate Judge to consider the attached

material as part of screening the Amended Complaint to the extent that it is appropriate to do so.

**SO ORDERED.**

October 6, 2025
**DATE**

**DOUGLAS R. COLE**
**UNITED STATES DISTRICT JUDGE**